UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
      vs.                          )     Case No. 4:09CR00581 ERW (AGF)
                                   )
LENNY SCOTT SOUDERS,               )
                                   )
            Defendant.             )

## ORDER AND SPEEDY TRIAL ACT FINDING

This matter is before the Court on the request of the Federal Bureau of Prisons

Federal Medical Center in Lexington, Kentucky for additional time to complete the

medical evaluation of Defendant Lenny Scott Souders.  By Order dated December 18,

2009, Defendant was committed to the custody of the Attorney General for a mental

health evaluation pursuant to 18 U.S.C. §§ 4241.  (Doc. #26).  Defendant arrived at the

Federal Medical Center ("FMC") in Lexington, Kentucky, on approximately March 3,

2010.  By letter dated March 4, 2010 (Doc. #31), the Warden of the FMC requested

additional time, to and including April 16, 2010, to complete the evaluation, due to the

high volume of forensic cases assigned to the FMC.  The Warden further indicated that

the evaluation report would be sent on or before May 14, 2010.  This letter was sent to

counsel for both parties and filed electronically with the Court on March 22, 2010.  The

parties were given until March 29, 2010 to file any objection to the extension requested

by the Warden, and no such objections were filed.

Inasmuch as neither party has filed any objection to the extension requested, and

finding good cause for the extended period requested for the evaluation,

**IT IS HEREBY ORDERED** that the request of the Warden of the Federal Medical Center for additional time, to and including **April 16, 2010**, to complete the evaluation of Defendant, and to and including **May 14, 2010**, to send the evaluation report, is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that **in the event the clinical staff concludes that the defendant is not competent but could be restored to competency with treatment, the Warden shall advise this Court of the finding prior to transporting the defendant from the FMC to the Court**, in order to permit the parties the opportunity to avoid any unnecessary transportation of the defendant.

The Court further finds that delay from the date of the parties' motions to determine Defendant's competency, to and including the additional time granted herein, as well as any time necessary to return Defendant to this district and conduct a hearing, is reasonably necessary and related to proceedings to determine Defendant's competency. The Court further finds that the ends of justice served by granting the request herein and conducting the proceedings to determine Defendant's competency outweigh the best interest of the public and the Defendant in a speedy trial, and thus, the time from December 18, 2009 through the conclusion of Defendant's competency proceedings shall be excluded from the computation of the time for a speedy trial under 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(A).

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 30th day of March, 2010.